| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Rabin J. Pournazarian, Bar No. 186735<br>Price Law Group, APC<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316<br>Telephone: 818-995-4540<br>Facsimile: 818-995-9277<br>rabin@pricelawgroup.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtor<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 12 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY hawkinso DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>FIJI SIMMONS,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:19-bk-21123-RB<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held |
|---|---|

Based on Debtor's motion filed on (*date*) 9/13/2022 as docket entry number 99 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted        ☐    Denied

☒    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtors' motion.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 3015-1.14.ORDER.CH13.GENRL**

TRUSTEE'S RECOMMENDATION: SUSPEND 2 MOS (7/2022 - 8/2022) ALL OTHER PLAN TERMS REMAIN THE SAME.

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

### 

Date: October 12, 2022

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* — Page 2 — F 3015-1.14.ORDER.CH13.GENRL