| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Rabin J. Pournazarian 186735**<br>**6345 Balboa Blvd. Suite 247**<br>**Encino, CA 91316**<br>**818-995-4540 Fax: 818-995-9277**<br>State Bar Number: **186735 CA**<br>**rabin@pricelawgroup.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **Debtor** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Fiji Simmons**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **6:19-bk-21123-RB**<br><br>CHAPTER: **13**<br><br>**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |

1. NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing**: Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date: **3/3/2023**

**/s/ Rabin J. Pournazarian**
Signature of Debtor or attorney for Debtor
**Rabin J. Pournazarian 186735**
Printed name of Debtor or attorney for Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                        F 3015-1.05.NOTICE.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled:    **Notice of Motion Under Local Bankruptcy Rule 3015-1(n) AND (w) To Modify Plan or Suspend Plan Payments**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **3/3/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
ECF PARTY: Keith E Herron, keith@herronandassociates.com
ECF PARTY: Valerie Smith, claims@recoverycorp.com
CHAPTER 13 TRUSTEE: Rod Danielson (TR), notice-efile@rodan13.com
ATTORNEY FOR DEBTOR: Rabin J Pournazarian, enotice@pricelawgroup.com
UNITED STATES TRUSTEE (RS), ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **3/3/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/3/2023 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 3015-1.05.NOTICE.MODIFY.SUSPEND

```
Label Matrix for local noticing          Balboa Thrift & Loan                    PRA Receivables Management LLC
0973-6                                   865 Amena Court                         POB 41067
Case 6:19-bk-21123-RB                    Chula Vista, CA 91910-7802              Norfolk, VA 23541-1067
Central District of California
Riverside
Fri Mar  3 09:31:09 PST 2023

Riverside Division                       Amazon                                  Balboa Thrift & Loan
3420 Twelfth Street,                     PO Box 965015                           P.O. Box 1147
Riverside, CA 92501-3819                 Orlando, FL 32896-5015                  Chula Vista, CA 91912-1147


Capital One, N.A.                        Chevron/SYNCHRONY Bank                  Credit Acceptance Corp.
c/o Becket and Lee LLP                   PO Box 530950                           25505 West Twelve Mile Road
PO Box 3001                              Atlanta, GA 30353-0950                  P.O. Box 513
Malvern PA 19355-0701                                                            Southfield, MI 48037-0513


Credit Collection Services               Dept of ED/Navient                      Equity Residential
725 Canton Street                        PO Box 9635                             1005 North Center Ave.
Norwood, MA 02062-2679                   Wilkes Barre, PA 18773-9635             Ontario, CA 91764-4856


FRANCHISE TAX BOARD                      Fair Collection Outsourcing             First Premier Bank
BANKRUPTCY SECTION MS A340               12304 Baltimore Ave. #E                 Collection Department
PO BOX 2952                              Beltsville, MD 20705-1314               900 West Delaware,P.O.Box 5519
SACRAMENTO CA 95812-2952                                                         Sioux Falls, SD 57117-5519


Franchise Tax Board                      H G Long & Associates                   IC System Inc
Bankruptcy Section MS A340               474 West Orange Show Road               PO Box 64378
Attn Bankruptcy                          San Bernardino, CA 92408-2030           Saint Paul, MN 55164-0378
Post Office Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service                 JC Penney                               (p)JEFFERSON CAPITAL SYSTEMS LLC
Centralized Insolvency Operations        Post Office Box 960001                  PO BOX 7999
PO Box 7346                              Orlando, FL 32896-0001                  SAINT CLOUD MN 56302-7999
Philadelphia, PA 19101-7346


John E. Bouzane                          Kohl's/CapOne                           Midland Credit Management, Inc.
c/o Sing Hong                            PO Box 3115                             Po Box 2037
474 W Orange Show Road                   Milwaukee, WI 53201-3115                Warren MI 48090-2037
San Bernardino, CA 92408-2030


NCB Management Services                  National Credit Adjusters               Nordstrom
1 Allied Drive                           P O Box 3023-327 W. 4th Street          1700 Seventh Avenue
Tevose, PA 19053-6945                    Hutchinson, KS 67504-0550               Suite 300
                                                                                 Seattle, WA 98101-4407


Paypal                                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Premier Bankcard, Llc
P.O. Box 45950                           PO BOX 41067                            Jefferson Capital Systems LLC Assignee
Omaha, NE 68145-0950                     NORFOLK VA 23541-1067                   Po Box 7999
                                                                                 Saint Cloud Mn 56302-7999
```

| | | |
|---|---|---|
| Receivables Performance Management<br>20816 44th Avenue West<br>Lynnwood, WA 98036-7744 | Santander Consumer<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Sing Hong<br>c/o H G Long<br>474 West Orange Show Road<br>Case No: UDFS1808449<br>San Bernardino, CA 92408-2030 | Stuart-Lippman and Associates, Inc.<br>5447 East Fifth St. Suite 110<br>Tucson, AZ 85711-2345 | Superior Court of California<br>17780 Arrow Blvd<br>Fontana, CA 92335-4000 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Card Services<br>P. O. Box 660170<br>Dallas, TX 75266-0170 |
| The Best Service Company<br>6700 S Centinela Ave 3rd Floor<br>Culver City, CA 90230-6304 | TransAmerica<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499-0001 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 |
| Fiji Simmons<br>22 Dahlberg<br>Pacifica, CA 94044-2210 | Rabin J. Pournazarian<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316-1580 | Rod Danielson (TR)<br>3787 University Avenue<br>Riverside, CA 92501-3332 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Balboa Thrift and Loan<br>865 Amena Court<br>Chula Vista CA 91910-7802 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                  46 |